IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JACKSONVILLE NORTH PULASKI
SCHOOL DISTRICT                                                                                 PLAINTIFF

VS.                              4:20-CV-00256-BRW

D.M. and K.M. Grandparents of A.B.                                                   DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 21st day of May, 2021.


                                      Billy Roy Wilson_____
                                      UNITED STATES DISTRICT JUDGE